**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-52984 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | DARR, PENNY L. | Date Filed (f) or Converted (c): | 08/30/2023 (f) |
| For the Period Ending: | 10/17/2023 | §341(a) Meeting Date: | 10/03/2023 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 720 Main Street Toronto OH, Jefferson 43964-0000 | $30,000.00 | $3,000.00 | | $0.00 | FA |
| 2 | Household Goods and Furnishings | $1,200.00 | $0.00 | | $0.00 | FA |
| 3 | Electronics | $1,670.00 | $0.00 | | $0.00 | FA |
| 4 | Sports & Hobby Equipment | $710.00 | $0.00 | | $0.00 | FA |
| 5 | One (1) Rifle | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Two (2) Dogs One (1) Cat One (1) Bird Fish | $5.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Chase Bank | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Checking Wells Fargo Bank | $60.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Huntington Bank | $2,600.00 | $1,165.45 | | $0.00 | $2,600.00 |
| **Asset Notes:** | getting turnover | | | | | |
| 11 | Checking Softite Federal Credit Union | $350.00 | $0.00 | | $0.00 | FA |
| 12 | Wells Fargo Brokerage Account % | $30.45 | $0.00 | | $0.00 | FA |
| 13 | 401(k) | $2,428.90 | $0.00 | | $0.00 | FA |
| 14 | State Farm Life Insurance - Face Value $100,000.00; No Cash Value Richard Darr, husband | $1.00 | $1.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $39,855.35 | $4,166.45 | | $0.00 | **Gross Value of Remaining Assets** $2,600.00 |

Initial Projected Date Of Final Report (TFR): 02/29/2024    Current Projected Date Of Final Report (TFR):

/s/ BRENT A. STUBBINS
BRENT A. STUBBINS